**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

NOV 1 5 2007

| | |
|---|---|
| TERENCE MOSES | JURY TRIAL DEMANDED |
| V | CASE NO. 3:07CV |
| WORKS & LENTZ, INC | 307CV01725 VLB |

## COMPLAINT

1. Plaintiff seeks relief pursuant to the Fair Debt Collection Practice Act, ("FDCPA") 15 U.S.C. § 1692; the Fair Credit Reporting Act, ("FCRA") 15 U.S.C. § 1681; the Connecticut Creditor Collection Practice Act, Conn. Gen. Stat. § 36a-645 or the Connecticut Consumer Collection Agency Act, Conn. Gen. Stat. § 36a-800 and regulations issued thereunder; and the Connecticut Unfair Trade Practice Act,("CUTPA") Conn. Gen. Stat. § 42-110a.

2. The Court has jurisdiction. 15 U.S.C. § 1692k, 1681p; 28 U.S.C. §1331, § 1367

3. Plaintiff is a natural person who resides in New Haven, Connecticut

4. Plaintiff is a consumer within the FDCPA & FCRA

5. Defendant is a debt collector within the FDCPA

6. Defendant is a furnisher of information within the FCRA

7. Defendant has a place of business at 1437 South Boulder Avenue, Suite 900, Tulsa, Oklahoma 74119-3631 which was not licensed pursuant to chapter 669 Part XII of the Connecticut General Statutes when communicating with plaintiff in an effort to

collect a disputed personal account for the Warren Clinic.

8. Plaintiff mailed a debt validation letter to the defendant on October 3, 2007 which defendant did received but as of the filing of this civil action no part of the alleged debt has been validated by the defendant at all. The only response received from the defendant was a letter dated October 11, 2007 from Attorney At Law Susan E. Lentz stating that "all collection efforts will be discontinued until a reply is received from the original client (Warren Clinic).

9. Defendant has failed to report the account as disputed to Equifax. Plaintiff filed a dispute with Equifax on October 16, 2007. Plaintiff received a reply from Equifax on October 25, 2007 stating that the account was accurate and had been affirmed by Works & Lentz, Inc with no dispute listed at all.

## FIRST COUNT

10. In collection efforts, defendant violated the FDCPA, *inter alia*, § 1692e or –g

## SECOUND COUNT

11. In collection efforts, defendant violated the FCRA, *inter alia*, § 1681s-2 (a) (3)

## THIRD COUNT

12. Within three years prior to the date of this action Defendant engaged in acts and practices as to plaintiff in violation of the Creditors' Collection Practice Act, Conn. Gen. Stat. § 36a-645 *et seq.*, or the Consumer Collection Agency Act, Conn. Gen. Stat. § 36a-800 *et seq.*

13. Defendant committed unfair or deceptive acts or practices within the meaning of the Unfair Trade Practice Act, Conn. Gen. Stat. § 42-110a *et seq.*,

WHEREFORE, plaintiff respectfully requests this court to:

1. Award plaintiff such damages as are permitted by law, both compensatory and punitive, including $ 1,000 statutory damages for each communication;

2. Award declaratory and injunctive relief, and such other and further relief as Law or equity may provide.

THE PLAINTIFF

TERENCE MOSES
260 LOMBARD STREET
NEW HAVEN, CT 06513
(203) 401-9711
Tremaine770@yahoo.com