UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| TERENCE MOSES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case Number:  307CV01725-VLB |
| | ) | |
| WORKS & LENTZ, INC., | ) | |
| | ) | |
| Defendant. | ) | |

PLAINTIFF'S NOTICE OF DISMISSAL

Plaintiff, Terence Moses, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby dismisses all causes of action in the complaint as to Defendant, Works & Lentz, Inc., with prejudice.  Defendant has filed neither an answer to the complaint nor a motion for summary judgment as to these claims, and no proceedings or discovery have been undertaken as to these claims.

Respectfully submitted,

Terence Moses
260 Lombard Street
New Haven, CT  06513
(203) 401-9711
Tremaine770@yahoo.com

PRO SE PLAINTIFF